UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MEDICAL PROVIDER SERVICES INC** | **CIVIL ACTION NO. 2:22-CV-01948** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **REPUBLIC UNDERWRITERS INSURANCE CO** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing,

**IT IS ORDERED** that the above-entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

**THUS DONE AND SIGNED** in Chambers this 29th day of March, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**